[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 22, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-12006
No. 06-12007
No. 06-12008
Non-Argument Calendar

_____

D. C. Docket No. 05-00112-CR-3-RV
D. C. Docket No. 05-00127-CR-3-RV
D. C. Docket No. 05-00137-CR-3-RV

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

ANTOINETTE DELORES ROCAMORA,

                                        Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Florida

_____

**(November 22, 2006)**

Before BIRCH, HULL and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Antoinette Delores Rocamora in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rocamora's conviction and sentence are **AFFIRMED**.